# Court of Appeals
# of the State of Georgia

ATLANTA,  February 02, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0249.  RICHARD BRYSON v. THE STATE.**

Richard Bryson's motion for an extension of time in which to submit a file-stamped copy of the trial court order he seeks to appeal is DENIED.  Bryson's application for discretionary appeal also is DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/02/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*